23 CR 73



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1   JASON M. FRIERSON
    United States Attorney
2   Nevada Bar No. 7709
    BIANCA R. PUCCI
3   Assistant United States Attorney
    Nevada Bar No. 16129
4   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
5   Tel: (702) 388-6336
    Fax: (702) 388-6418
6   Bianca.Pucci@usdoj.gov
    *Attorneys for the United States*

7

8                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,              **SEALED**
                                           **CRIMINAL INDICTMENT**
10         Plaintiff,
                                           **Case No.2:23-cr-** *0073 RFB-BNW*
11         vs.

12  ARI SHAQUILLE WILSON,                  **VIOLATIONS:**

13         Defendant.                      18 U.S.C. §§ 922(a)(6) and 924(a)(2) –
                                           Illegal Acquisition of a Firearm
14
                                           18 U.S.C. § 933(a)(1) and (b) – Trafficking
15                                         in Firearms

16  **THE GRAND JURY CHARGES THAT:**

17
                        **COUNTS ONE THROUGH SIX**
18                      *Illegal Acquisition of a Firearm*
                     (18 U.S.C. §§ 922(a)(6) and 924(a)(2))
19
         On or about the dates below, in the State and Federal District of Nevada,
20
                         **ARI SHAQUILLE WILSON,**
21
    defendant herein, in connection with, as described below, the acquisition of firearms from
22
    licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States
23
    Code (the "Dealers"), knowingly made and caused to be made a false and fictitious
24

written statement to each of the Dealers, which statement was intended and likely to

deceive each of the Dealers as to a fact material to the lawfulness of the sale of said

firearm to the defendant under Chapter 44 of Title 18, United States Code, in that ARI

WILSON did complete and execute a Bureau of Alcohol, Tobacco, Firearms and

Explosives Form 4473 Firearms Transaction Record, wherein ARI WILSON represented

that he was the "actual transferee/buyer of the firearm[s]," when in fact, and as the

defendant well knew, he was acquiring the firearm on behalf of another person:

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| ONE | January 16, 2023 | FFL-1 | • Two (2) Century Arms, model BFT 47, 7.62 x 39 caliber rifles, bearing serial numbers BFT47001774 and BFT47008217; and<br>• Four (4) Century Arms, model VSKA, 7.62 x 39 caliber rifles, bearing serial numbers SV7080521, SV7079180, SV7078223, and SV7080000. |
| TWO | January 17, 2023 | FFL-2 | • Two (2) Century Arms, model VSKA, 7.62 x 39 caliber rifles bearing serial numbers SV7064016 and SV7082523; and<br>• One (1) Zastava Arms, model ZPAPM70, 7.62 x 39 caliber rifle bearing serial number Z70-138769. |
| THREE | January 19, 2023 | FFL-3 | • One (1) Century Arms, VSKA, 7.62 x 39 caliber rifle bearing serial number SV7105564. |

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|-------|------|-----------------------------------|----------|
| FOUR | January 24, 2023 | FFL-4 | • One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV7123351. |
| FIVE | January 25, 2023 | FFL-4 | • One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV71123547. |
| SIX | January 24, 2023 | FFL-5 | • One (1) Century Arms, model C39V2, 7.62 x 39 rifle, bearing serial number C39V2A29544; and<br>• One (1) Century Arms, model BFT47, 7.62 x 39 rifle, bearing serial number BFT47017260. |

All in violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## COUNT SEVEN
*Trafficking in Firearms*
(18 U.S.C. § 933(a)(1) and (b))

Beginning from a time unknown but no earlier than January 16, 2023, and

continuing up to and including on or about January 27, 2023, in the State and Federal

District of Nevada,

**ARI SHAQUILLE WILSON,**

defendant herein, knowingly shipped, transported, transferred, caused to be transported,

and otherwise disposed of firearms to another person, in and affecting interstate and

foreign commerce, knowing and having reasonable cause to believe that the use, carrying,

3

1  and possession of said firearms by the recipient would constitute a felony, as defined in 18

2  U.S.C. § 932(a), all in violation of Title 18, United States Code, Section 933.

3       **DATED:**  this 5th day of April, 2023.

4       **A TRUE BILL:**

5

6                                              /S/
                           FOREPERSON OF THE GRAND JURY

7

8  JASON M. FRIERSON
   United States Attorney

9

10

11 BIANCA R. PUCCI
   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24