JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARI SHAQUILLE WILSON,<br><br>Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**SUPERSEDING CRIMINAL INFORMATION**<br><br><u>VIOLATION:</u><br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) – Illegal Acquisition of a Firearm |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA

CHARGES THAT:

### COUNT ONE
*Illegal Acquisition of a Firearm*
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

Beginning on or about January 16, 2023, and continuing to and including on or about January 24, 2023, in the State and Federal District of Nevada,

**ARI SHAQUILLE WILSON,**

defendant herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States

Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to each of the Dealers, which statement was intended and likely to deceive each of the Dealers as to a fact material to the lawfulness of the sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that ARI SHAQUILLE WILSON did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein ARI SHAQUILLE WILSON represented that he was the "actual transferee/buyer of the firearm[s]," when in fact, and as the defendant well knew, he was acquiring the firearm on behalf of another person:

| DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|
| January 16, 2023 | FFL-1 | • Two (2) Century Arms, model BFT 47, 7.62 x 39 caliber rifles, bearing serial numbers BFT47001774 and BFT47008217; and<br>• Four (4) Century Arms, model VSKA, 7.62 x 39 caliber rifles, bearing serial numbers SV7080521, SV7079180, SV7078223, and SV7080000. |
| January 17, 2023 | FFL-2 | • Two (2) Century Arms, model VSKA, 7.62 x 39 caliber rifles bearing serial numbers SV7064016 and SV7082523; and<br>• One (1) Zastava Arms, model ZPAPM70, 7.62 x 39 caliber rifle bearing serial number Z70-138769. |
| January 19, 2023 | FFL-3 | • One (1) Century Arms, VSKA, 7.62 x 39 caliber rifle bearing serial number SV7105564. |

| DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|
| January 24, 2023 | FFL-4 | • One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV7123351. |
| January 25, 2023 | FFL-4 | • One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV71123547. |
| January 24, 2023 | FFL-5 | • One (1) Century Arms, model C39V2, 7.62 x 39 rifle, bearing serial number C39V2A29544; and<br>• One (1) Century Arms, model BFT47, 7.62 x 39 rifle, bearing serial number BFT47017260. |

All in violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

**FORFEITURE ALLEGATION**

*Illegal Acquisition of a Firearm*

The allegations of Count One of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

Upon conviction of the felony offense charged in Count One of this Superseding Criminal Information,

**ARI SHAQUILLE WILSON,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(6):

1. One (1) Century Arms, VSKA, 7.62 x 39 caliber rifle bearing serial number SV7105564;

2. One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV7123351;

3. One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV71123547;

4. One (1) Century Arms, model C39V2, 7.62 x 39 rifle, bearing serial number C39V2A29544;

5. One (1) Century Arms, model BFT47, 7.62 x 39 rifle, bearing serial number BFT47017260; and

6. any and all compatible ammunition.

All under 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this 10th day of October, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Bianca R. Pucci

BIANCA R. PUCCI
Assistant United States Attorney

4