RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Ari Shaquille Wilson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00073-RFB-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| v. | (First Request) |
| ARI SHAQUILLE WILSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Ari Shaquille Wilson, that the Sentencing Hearing currently scheduled for January 29, 2024 at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Wilson that is relevant to the sentencing disposition of this case.

2. Mr. Wilson needs additional time to meet with probation to complete the pre-trial services report.

3. Government counsel is scheduled to commence trial in another matter on January 22, 2024. The trial is expected to continue through January 29, 2024.

4. The defendant is out of custody and does not object to the continuance.

5. The parties agree to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED: December 5, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ARI SHAQUILLE WILSON,<br><br>         Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on January 29, 2024, at the hour of 9:30am, be vacated and continued to March 14, 2024 at 8:30 a.m.

   DATED this 6th day of December 2023.

_____
UNITED STATES DISTRICT JUDGE

3