RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Ari Shaquille Wilson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARI SHAQUILLE WILSON,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Ari Shaquille Wilson, that the Sentencing Hearing currently scheduled for May 3, 2024 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to gather mitigation information for Mr. Wilson that is relevant to the sentencing disposition of this case.

　　　　2.　　The defendant is out of custody and does not object to the continuance.

　　　　3.　　The parties agree to the continuance.

1  4. Additionally, denial of this request for continuance could result in a miscarriage
2  of justice.
3  This is the third stipulation to continue filed herein.
4  DATED: this 28th day of March 2024.

RENE L. VALLADARES  JASON M. FRIERSON
Federal Public Defender  United States Attorney

   */s/ Keisha K. Matthews*     */s/ Robert Knief*
By_____  By_____
KEISHA K. MATTHEWS  ROBERT KNIEF
Assistant Federal Public Defender  Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARI SHAQUILLE WILSON,<br><br>    Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on May 3, 2024, at the hour of 9:00am, be vacated and continued to July 2, 2024 at 9:15 a.m.

DATED this <u>30th day</u> of March, 2024.



_____
UNITED STATES DISTRICT JUDGE