RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Ari Shaquille Wilson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARI SHAQUILLE WILSON,<br><br>        Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Ari Shaquille Wilson, that the Sentencing Hearing currently scheduled for July 2, 2024 at 9:15 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel has an outstanding request for mitigation documents from the State of California. There have been delays in the information being turned over from the State. Additional time is needed to prepare mitigation arguments for sentencing.

2. The defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED: this 25th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Keisha K. Matthews<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | /s/ Robert Knief<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARI SHAQUILLE WILSON,<br><br>    Defendant. | Case No. 2:23-cr-00073-RFB-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on July 2, 2024, at the hour of 9:15 am, be vacated and continued to September 3, 2024 at 9:15 a.m.

DATED June 26, 2024.



_____
UNITED STATES DISTRICT JUDGE