FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

10/31/2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___  DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-073-RFB-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ARI SHAQUILLE WILSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Ari Shaquille Wilson to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offense to which Ari Shaquille Wilson pled guilty. Plea Agreement, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 33; Superseding Criminal Information, ECF No. 34; Arraignment & Plea, ECF No. 35.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 8, 2023, through December 7, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 40-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One (1) Century Arms, VSKA, 7.62 x 39 caliber rifle bearing serial number SV7105564;
2. One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV7123351;
3. One (1) Century Arms, model VSKA, 7.62 x 39 rifles bearing serial number SV71123547;
4. One (1) Century Arms, model C39V2, 7.62 x 39 rifle, bearing serial number C39V2A29544;
5. One (1) Century Arms, model BFT47, 7.62 x 39 rifle, bearing serial number BFT47017260; and
6. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Ari Shaquille Wilson and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 31st day of October, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE